FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JUL 27  PM 1: 12

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SARA MEDRANO**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB-19-2038 |
| **CHARLES JENKINS**, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Presently pending is Defendants' Motion to Dismiss or, in the Alternative, Motion to Bifurcate (ECF No. 11). Due to the circumstances created by the COVID-19 Pandemic, the Court conducted a telephonic motions hearing on the record on July 27, 2020. Having reviewed the parties' submissions and having heard arguments of counsel, for the reasons stated on the record at the motions hearing, this 27th day of July, 2020, it is, HEREBY ORDERED that:

1. Defendants' Motion to Dismiss or, in the Alternative, Motion to Bifurcate (ECF No. 11) is DENIED; and

2. The Clerk of the Court transmit copies of this Order to counsel for the parties.

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge