### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SARA HAIDEE ALEMAN MEDRANO, *et. al.*, | |
| Plaintiffs, | No.: 1:19-cv-02038-RDB |
| v. | |
| CHARLES A. JENKINS, *et. al.*, | |
| Defendants. | |

### **MOTION TO DEFER DISMISSAL OF CASE WITH PREJUDICE**

For good cause, Plaintiffs respectfully request that the Court defer dismissal of this case with prejudice for seven (7) days, without prejudice to the right of a party to move for good cause within that period of time to reopen the case if settlement is not consummated. In support of this motion, Plaintiffs state as follows:

1. On December 14, 2020, this Court issued a Settlement Order pursuant to Local Rule 111. *See* ECF No. 42. The Settlement Order dismissed the case because the case has been settled in its entirety, but dismissal was "without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated." *Id.* Absent such a motion from one of the parties, "the dismissal shall be with prejudice." *Id.*

2. Although the parties have reached an agreement upon all terms to settle this matter, not all parties have executed the written settlement agreement as of the filing of this motion.

3. Plaintiffs fully expect all parties to execute the settlement agreement within a short period of time, but perhaps not before this case would otherwise be dismissed with

prejudice.  Under the circumstances, deferral of dismissal of the case with prejudice is appropriate.

Dated: January 13, 2021                              /s/                              

                Nicholas T. Steiner, Esq. (Bar No. 19670)
                Deborah A. Jeon, Esq. (Bar No. 06905)
                **AMERICAN CIVIL LIBERTIES UNION OF MARYLAND FOUNDATION**
                3600 Clipper Mill Road, Suite 350
                Baltimore, MD 21211
                Telephone: (410) 889-8550
                steiner@aclu-md.org
                jeon@aclu-md.org

                John C. Hayes, Jr. (Bar No. 01936)
                Brian J. Whittaker (Bar. No. 04414)
                **NIXON PEABODY LLP**
                799 9th Street, N.W., Suite 500
                Washington D.C.  20004
                (202) 585-8000 (phone)
                (866) 814-2042 (facsimile)
                jhayes@nixonpeabody.com
                bwhittaker@nixonpeabody.com

                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of January, 2021, a copy of the forgoing Motion was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following recipients:

>Daniel Karp
>Kevin Karpinski
>Suite 1850
>120 E. Baltimore Street
>Baltimore, Maryland 21202
>brunokarp@bkcklaw.com
>kevin@bkcklaw.com
>
>*Counsel for Defendants*

>*/s/Brian J. Whittaker*
>Brian J. Whittaker